UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CARMEN A SPEARS**          CASE NO.  2:21-CV-03788

**VERSUS**                   JUDGE JAMES D. CAIN, JR.

**NANAKI L L C**             MAGISTRATE JUDGE KAY

**MEMORANDUM ORDER**

Before the Court is a Motion for Reconsideration [Doc. 10] filed by Plaintiff Carmen A. Spears. Defendants oppose the motion [Doc. 12] and Plaintiff has submitted memoranda replying to the opposition [Doc. 13]. As such, this matter is fully briefed and ready for ruling.

Plaintiff Carmen Spears alleges that Defendant Nanaki LLC d/b/a Days Inn & Suites by Wyndham Kinder terminated her employment or otherwise revoked her job offer upon learning that she was pregnant, in violation of Title VII of the Civil Rights Act of 1964. Plaintiff filed an EEOC charge of discrimination on March 5, 2020 (Charge No. 461-2020-01015). Doc. 1 pp. 3 *Plaintiff's Original Complaint*. Defendant received the charge on or about March 14, 2020. Doc. 4-1. On May 4, 2020, Defendant filed its Position Statement with the EEOC. *Id.* Plaintiff received her Notice of Suit Rights from EEOC on or about August 6, 2021. Plaintiff initiated the instant suit, asserting both Title VII and state law claims against Defendant in this Court on October 27, 2021.

Defendant filed a Motion to Dismiss [Doc. 4] asserting that in all of 2019, Defendant employed less than 15 employees and as such, this Court lacks subject matter jurisdiction.

- 2 -

Doc 4-3 *Affidavit of Paul Singh.* This Court granted the Motion to Dismiss on May 23, 2022 [Doc. 8] finding that this Court lacked the requisite subject matter jurisdiction to hear Plaintiff's Title VII claims and declined to exercise supplemental jurisdiction over Plaintiff's state law claims.

Pursuant to the reasoning in this Court's previous memorandum ruling [Doc. 8] the Motion for Reconsideration [Doc. 10] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers this 1st day of July, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**