# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 3, 2024
Lyle W. Cayce
Clerk

No. 24-30123

CARMEN A. SPEARS,

*Plaintiff—Appellant*,

versus

NANAKI, L.L.C., *doing business as* DAYS INN & SUITES BY WYNDHAM KINDER,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:21-CV-3788

_____

UNPUBLISHED ORDER

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that Appellant's unopposed motion to dismiss appeal without prejudice until 60 days after entry of this order at which time the dismissal will become final and with prejudice is GRANTED as follows: this appeal is stayed for 60 days at which time it shall be dismissed with prejudice.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30123   Spears v. Nanaki
                      USDC No. 2:21-CV-3788

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

Ms. Kourtney Lanea Kech
Mr. Tony R. Moore
Ms. Madeline Smith
Mr. James Edward Sudduth III
Mrs. Lindsay Meador Young