# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 3, 2024
Lyle W. Cayce
Clerk

No. 24-30123

CARMEN A. SPEARS,

*Plaintiff—Appellant*,

versus

NANAKI, L.L.C., *doing business as* DAYS INN & SUITES BY WYNDHAM KINDER,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:21-CV-3788

UNPUBLISHED ORDER

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellant's unopposed motion to dismiss appeal without prejudice until 60 days after entry of this order at which time the dismissal will become final and with prejudice is GRANTED as follows: this appeal is stayed for 60 days at which time it shall be dismissed with prejudice.

Certified as a true copy and issued
as the mandate on Apr 25, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2024

Mr. Tony R. Moore
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 24-30123   Spears v. Nanaki
                            USDC No. 2:21-CV-3788

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Roeshawn Johnson, Deputy Clerk
                            504-310-7998

cc:  Ms. Kourtney Lanea Kech
     Ms. Madeline Smith
     Mr. James Edward Sudduth III
     Mrs. Lindsay Meador Young